**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GREEN HAVEN PRISON PREPARATIVE
MEETING OF THE RELIGIOUS SOCIETY
OF FRIENDS, et al.,

        Plaintiffs,

   -against-                                         18 **CIVIL** 8497 (KMK)

# **JUDGMENT**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

        Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2022, Defendants' Motion is granted. Because this is the first adjudication of Plaintiffs' claims subject to Defendants' Rule 12(b)(6) motion, Non-Incarcerated Plaintiffs' free exercise and equal protection claims were dismissed without prejudice. The Non-Incarcerated Plaintiffs were given a good faith basis for filing an amended complaint within 30 days of the date of the Opinion & Order. Plaintiffs have failed to properly and timely amend, so dismissal of these claims is with prejudice. Judgment is entered for Defendants on Incarcerated Plaintiffs' claims; accordingly, the case is closed.

**Dated:** New York, New York

      May 25, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                     **BY:**    *K. Mango*

                                                     **Deputy Clerk**