

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

December 31, 2024

Green Haven Prison Preparative Meeting v. NYS DOCCS, 18-Civ-8497 (KMK)

Dear Judge Karas:

     This office represents Defendants, the New York State Department of Corrections and Community Supervision (DOCCS) and six of its officials, in this lawsuit remanded in part for further proceedings by the Second Circuit. See ECF Document # 109. Defendants respectfully request to reschedule the telephone status conference currently scheduled for January 9, 2025, to the next practicable available date. The adjournment is requested because I have an appearance scheduled in a putative class action in Kings County Supreme Court that same morning in Maurice Anthony, et al., v. NYS DOCCS, et al., No. 512871/2024, and expect it to take a substantial portion of that day. I am also unavailable on January 16 and February 3, 2025. Counsel for Plaintiff courteously consents to this application and informs me that he will be unavailable from January 1 through 8, 2025. This is Defendants' first application to reschedule this conference date.

Respectfully submitted,

/s/ Steven N. Schulman
STEVEN N. SCHULMAN
Assistant Attorney General
(212) 416-8654
steven.schulman@ag.ny.gov

cc:    Frederick R. Dettmer, Esq. (by ECF)

*Granted. The Court will hold a tele conference on thursday 1/23/25 at 10:00 AM*

**SO ORDERED:**

**HON. KENNETH M. KARAS U.S.D.J.**
*1/3/2025*