

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

---

**By ECF**  
The Honorable Kenneth M. Karas  
United States District Judge  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601-4150

March 11, 2025

<u>Green Haven Prison Preparative Meeting v. NYS DOCCS</u>, 18-Civ-8497 (KMK)

Dear Judge Karas:

      This office represents Defendants, the New York State Department of Corrections and Community Supervision (DOCCS) and six of its officials, in this lawsuit remanded in part for further proceedings by the Second Circuit. <u>See</u> ECF Document # 109. Defendants respectfully request to reschedule the telephone status conference currently scheduled for 10:30 a.m., March 13, 2025, to the next practicable available date. The adjournment is requested because I have an emergency appearance scheduled in a putative class action in Kings County Supreme Court that same morning in <u>Maurice Anthony, et al., v. NYS DOCCS, et al.</u>, No. 512871/2024, on a request for expedited discovery relating to the DOCCS Correction Officers' strike that the parties in that action were unable to resolve. Counsel for Plaintiffs graciously consents to this application. Counsel for both sides are available for the conference after 1:30 p.m. that same day, March 13, as well as March 14 and 17, and the entire week of March 24-28, except for the morning of March 27. The Court has granted Defendants' one prior application and Plaintiffs' two prior applications to reschedule the conference date.

Granted. The conference is adjourned to 2:30 on 3/13/25.

So-Ordered  
3/12/25

Respectfully submitted,

/s/ Steven N. Schulman  
STEVEN N. SCHULMAN  
Assistant Attorney General  
(212) 416-8654  
steven.schulman@ag.ny.gov

cc:    Frederick R. Dettmer, Esq. (by ECF)