UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Green Haven Prison Preparative Meeting of the Religious Society of Friends, et al.,

Plaintiffs,

18-CV-08497 (KMK)

-v-

CALENDAR NOTICE

New York State Department of Corrections and Community Supervision, et al.,

Defendant(s).
----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Friday, October 23, 2026 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code: 4653066

Dated: September 18, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J.